

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARK ANTHONY GRIMES, | ) SA14CR0790 OG |
| Defendant. | ) |

### ORDER SEALING INDICTMENT

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to Seal Indictment. It appearing to the Court that the motion is well taken and should be granted,

IT IS HEREBY ORDERED that the Clerk of the Court shall seal the Indictment, warrant for arrest, and related documents in this cause until such time as the Defendant has been arrested and first appears before a Magistrate or other court following his arrest, provided, however, that the clerk be ordered to deliver a filed-stamped copy of the document(s) referenced above to the U.S. Attorney's Office. At the time of arrest or appearance before the Magistrate court, the Magistrate or other court may order the Indictment to be provided to the Defendant.

IT IS FURTHER ORDERED that the Motion of the United States and this Order shall be sealed by the Clerk, to be unsealed only upon order of the Court.

SIGNED and ENTERED this __1__ day of __October__, 2014.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE