**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 OCT -1 AM 11:51

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO |
| Plaintiff, | § § § | INDICTMENT |
| v. | § | SA 14 CR 0790 OG |
| | § | [In violation of: |
| MARK ANTHONY GRIMES, | § | 18 U.S.C. § 2252A(a)(2) |
| | § | Distribution of Child Pornography; |
| Defendant. | § | 18 U.S.C. § 2252A(a)(5)(B) |
| | § | Possession of Child Pornography |
| | § | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2252A(a)(2)]

On or about December 28, 2013, within the Western District of Texas, and elsewhere, the Defendant,

**MARK ANTHONY GRIMES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**COUNT TWO**
[18 U.S.C. § 2252A(a)(2)]

On or about April 4, 2014, within the Western District of Texas, and elsewhere, the Defendant,

**MARK ANTHONY GRIMES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate

1

and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT THREE
[18 U.S.C. § 2252A(a)(2)]

On or about May 31, 2014, within the Western District of Texas, and elsewhere, the Defendant,

**MARK ANTHONY GRIMES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT FOUR
[18 U.S.C. § 2252A(a)(2)]

On or about July 11, 2014, within the Western District of Texas, and elsewhere, the Defendant,

**MARK ANTHONY GRIMES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT FIVE
[18 U.S.C. § 2252A(a)(2)]

On or about July 12, 2014, within the Western District of Texas, and elsewhere, the Defendant,

**MARK ANTHONY GRIMES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT SIX
[18 U.S.C. § 2252A(a)(2)]

On or about July 18, 2014, within the Western District of Texas, and elsewhere, the Defendant,

### MARK ANTHONY GRIMES,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT SEVEN
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 28, 2013 and continuing through July 18, 2014, within the Western District of Texas, the Defendant,

### MARK ANTHONY GRIMES,

did knowingly possess material, specifically an Apple iMac computer, which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor, which had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE COUNT

Pursuant to Federal Rule of Criminal Procedure 32.2 and Title 18 United States Code, Section 2253(a), as a result of the foregoing criminal violations set forth in the Indictment, specifically Title 18, United States Code Sections 2252A(a)(2), and 2252(a)(5)(B), the defendant MARK ANTHONY GRIMES shall forfeit to the United States any and all right, title and interest in any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the Applie iMAc desktop computer.

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: *Tracy Thompson*
TRACY THOMPSON
Assistant United States Attorney

4