CASE SEALED: __X__   UNSEALED: ____

CASE NO: ____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

USAO #: 2014R14459

COUNTY: BEXAR   DIVISION: SAN ANTONIO   JUDGE: ____

**SA14CR0790G**

DATE: October 1, 2014   MAG.CT.#: ____   FBI #: ____

ASSISTANT U.S. ATTORNEY: TRACY THOMPSON   DEF. D.O.B.: ████

DEFENDANT NAME: MARK ANTHONY GRIMES   DEF. SSN: ████

DEFENDANT'S A/K/A'S: ____

Male XX   Female __

DEFENDANT'S ADDRESS: ____
CITIZENSHIP:   United States: __X__   Mexican ____   Other: ____
INTERPRETER NEEDED:   YES: ____   NO: ____   Language: ____

DEFENSE ATTORNEY'S NAME: ____
  Employed: ____   Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: ____

DEFENDANT IS:  In Jail: __   Where: ____   Writ Attached: ____
               On Bond: __   Amount of Bond: ____   SID# ____
               AUSA Bond Recommendation:   DETAIN

DATE OF ARREST: TO BE ARRESTED: YES   BENCH WARRANT NEEDED: YES

PROBATION OFFICER: ____   NAME & ADDRESS OF SURETY: ____

PROSECUTION BY:   XX   INDICTMENT   ____   INFORMATION

**OFFENSE:** (Code & Description) **COUNTS 1-6:** 18 U.S.C. § 2252A(a)(2): Distribution of Child Pornography.   **COUNT 7:** 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography.

OFFENSE IS:   FELONY __X__   CLASS A MISDEMEANOR ____   CLASS B/C PETTY OFFENSE ____

**MAXIMUM SENTENCE (Each Count): COUNTS 1-6:** 5-20 years imprisonment; $250,000 fine; Maximum life on supervised release; $100 mandatory special assessment; and Restitution, as to each count.   **COUNT 7:** Maximum 20 years imprisonment; $250,000 fine; Maximum life on supervised release; $100 mandatory special assessment; and Restitution.

AGENT/AGENCY: REX MILLER / FBI   MANDATORY PENALTY: Yes: X   No: __   As to special assessment only.

REMARKS: ____

WDT-Cr-3   USDC CY 1   USDC CY 2   COURT CY   USMS CY   USAO CY   PROBATION CY   PRE-TRIAL SVCS CY   USAO DOCKETING CY