**SEALED**

U.S. Department of Justice
United States Attorney

2014 OCT -1  AM 11: 51

FILED

# United States District Court
# Western District of Texas

UNITED STATES OF AMERICA )
)
v. )
)
MARK ANTHONY GRIMES )

SA 14 CR 0790 OG

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

## Defendant

MARK ANTHONY GRIMES

ENTERED at San Antonio, Texas, this ____ day of _October_____, 2014.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **Defendant MARK ANTHONY GRIMES** be detained without bond.

**BENCHWAR.FRM**