

UNITED STATES MAGISTRATE COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | SA-14-CR-790(OG) |
| MARK ANTHONY GRIMES, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT

TO THE UNITED STATES MAGISTRATE JUDGE:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this Motion to Detain Defendant and states:

I.

Defendant has been charged in this cause with an offense involving:

☒ **A crime of violence;**

☐ **A felony offense under the Controlled Substances Act for which the statutory maximum term of imprisonment is ten years or more;**

☐ **An offense for which the maximum sentence is life imprisonment or death. Or,**

☒ **A serious risk of flight or a serious risk of obstruction of justice, intimidation, or threats to a prospective witness.**

The Government moves for detention and requests a  three or ten day  continuance.

II.

Section 3142(d) mandates that a defendant be ordered temporarily detained if the judicial officer determines that the defendant may flee or pose a danger to the community or to any other person, and at the time the offense was committed the defendant was on conditional release or not a United States citizen or permanent resident.  Here:

☐ **the defendant was on release pending trial for a felony offense;**

☐ **the defendant was on release pending imposition of sentence, appeal of sentence, or completion of sentence for any offense;**

☐ **the defendant was on probation or parole for any offense;**

☐ **the defendant is not a United States citizen or not admitted lawfully for permanent residence,**

The Government moves for detention and requests a three or ten day continuance.

WHEREFORE, PREMISES CONSIDERED, no condition or conditions will reasonably assure the appearance of Defendant as required and the safety of community, and pursuant to 18 U.S.C. § 3142(f), the Government requests that this Court detain Defendant without bond pending trial, and asks for a hearing on this matter.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

/s/
_____

TRACY THOMPSON
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas  78216-5512

2

UNITED STATES MAGISTRATE COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ANTHONY GRIMES,<br><br>    Defendant. | SA-14-CR-790(OG) |

### ORDER

On this date the Court considered the Government's Motion to Detain Defendant, and the Court having reviewed said motion finds that it should be **GRANTED.**

**IT IS HEREBY ORDERED** that the Government's Motion to Detain Defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's bond hearing is set for _____ at _____ a.m. / p.m.

SIGNED AND ENTERED on: October\_\_\_\_, 2014.

_____
PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE