**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Mark Anthony Grimes<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. SA14-CR-790-OG |

**FILED**
OCT 14 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**U.S. MARSHALS RECEIVED**
OCT 01 2014
SAN ANTINIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark Anthony Grimes,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:USC 2252A (a)(2): DISTRIBUTION OF CHILD PORNOGRAPHY
18:USC 2252A (a)(5)(B): POSSESSION OF CHILD PORNOGRAPHY

Date: 10/01/2014

*Issuing officer's signature*

City and state: San Antonio, TX

Amy Jackson, U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/01/2014, and the person was arrested on *(date)* 10/02/2014
at *(city and state)* San Antonio, TX.

Date: 10/06/2014

*Arresting officer's signature* for FBI

Saul Serna / CAS
*Printed name and title*