IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CRIMINAL NO. SA-14-CR-0790(1)-OLG |
| VS. | § § | |
| MARK ANTHONY GRIMES | § | |

UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes Defendant, MARK ANTHONY GRIMES, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Plea agreement for MARK ANTHONY GRIMES is currently due on November 20, 2014. Jury selection and Trial are scheduled for December 8, 2014.

II.

KERRISA CHELKOWSKI and SAM LOCK need additional time, due to ongoing discovery. KERRISA CHELKOWSKI and SAM LOCK hereby respectfully request additional time to review all discovery and confer with AUSA Tracy Thompson.

III.

Assistant United States Attorney Tracy Thompson is unopposed to said Motion. This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, MARK ANTHONY GRIMES**,** respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

    Respectfully submitted,

    KERRISA CHELKOWSKI
    Law Office of Kerrisa Chelkowski
    1017 South Alamo
    San Antonio, TX 78210
    Office (210) 228-9393
    Fax (210) 226-7540

    BY:    /KERRISA CHELKOWSKI/
        KERRISA CHELKOWSKI
        STATE BAR NO: 24034373

    SAM LOCK
    Law Office of Sam Lock
    1017 South Alamo
    San Antonio TX 78210
    Office (210) 228-9393
    Fax (210) 226-7540

    BY:    /SAM LOCK/
        SAM LOCK
        STATE BAR NO: 24000470

    ATTORNEYS FOR DEFENDANT:
    MARK ANTHONY GRIMES

## CERTIFICATE OF SERVICE

We do hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to the United State's Attorney's Office.

SIGNED on this the 19th day of November, 2014.

BY: ___/KERRISA CHELKOWSKI/___
       KERRISA CHELKOWSKI

# IN THE UNI TED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CRIMINAL NO.  SA-14-CR-0790(1)-OLG |
| VS. | § |
| | § |
| MARK ANTHONY GRIMES | § |

## ORDER

On this date came on to be considered Defendant MARK ANTHONY GRIMES Motion for Continuance, and said Motion is hereby: GRANTED

Signed on this the _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE