UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  SA:14-CR-00790(1)-OLG |
| (1) MARK ANTHONY GRIMES | § § | |

### *ORDER CONTINUING JURY SELECTION*
### *AND TRIAL*

The matters before the court is Defendant's Unopposed Motion for Continuance filed Wednesday, November 19, 2014 (dkt. #18), after reviewing the motion, it is the opinion of the Court that the trial in this case should be and is continued.

The Court further finds that the period between *Tuesday, December 09, 2014* and *Monday, February 09, 2015*, is a reasonable period of necessary delay to allow counsel time for preparation for trial and further finds that such period shall be excluded from the time within which the defendant must be brought to trial and that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

This case shall proceed on the following amended schedules:
Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the

Fifth Circuit Court of Appeals in <u>United States of America v. Ellis</u>, 547 F.2d 863 (5th Cir. 1977), the *deadline* for notifying the Court of any *plea bargain* or *plea agreement* entered into by the parties in this cause is *Thursday, January 29, 2015*. The Court will not accept a plea agreement after the aforementioned deadline. Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition of sentence by the United States District Court.

<u>*PRETRIAL MATTERS*</u>

Motions in Limine shall be filed on *Thursday, January 15, 2015*.

Responses to motions in limine shall be filed on *Thursday, January 29, 2015*.

Jury selection and trial are reset for *Monday, February 09, 2015 at 9:30 a.m. in Courtroom Number One, on the First Floor of the, John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Blvd., San Antonio, Texas.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for the defendant, the United States Attorney, the United States Pretrial Services and the United States Probation Office. *Counsel for the defendant shall also notify the defendant of this schedule* and advise the

defendant that he must be present for all court proceedings unless excused by the Court.

Signed this 19th day of November, 2014

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE

Tracy Thompson for USA
Sam Howard Lock, Kerrisa Chelkowski for Mark Anthony Grimes PS(Norma Aranda)