**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CRIMINAL NO.  SA-14-CR-0790(1)-OLG** |
| **VS.** | § | |
| | § | |
| | § | |
| **MARK ANTHONY GRIMES** | § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes Defendant, MARK ANTHONY GRIMES, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Plea agreement for MARK ANTHONY GRIMES is currently due on December 3, 2015.  Jury selection and Trial are scheduled for December 14, 2015.

II.

KERRISA CHELKOWSKI and SAM LOCK need additional time, due to ongoing discovery. KERRISA CHELKOWSKI and SAM LOCK hereby respectfully request additional time to review all discovery and confer with AUSA Tracy Thompson.

III.

Assistant United States Attorney Tracy Thompson is unopposed to said Motion. This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, MARK ANTHONY GRIMES, respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

KERRISA CHELKOWSKI
Law Office of Kerrisa Chelkowski
1017 South Alamo
San Antonio, TX 78210
Office (210) 228-9393
Fax (210) 226-7540

BY: ___/KERRISA CHELKOWSKI/_
    KERRISA CHELKOWSKI
    STATE BAR NO: 24034373

SAM LOCK
Law Office of Sam Lock
1017 South Alamo
San Antonio TX 78210
Office (210) 228-9393
Fax (210) 226-7540

BY: ___/SAM LOCK/_____
    SAM LOCK
    STATE BAR NO: 24000470

ATTORNEYS FOR DEFENDANT:
MARK ANTHONY GRIMES

## **CERTIFICATE OF SERVICE**

We do hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to the United State's Attorney's Office.

SIGNED on this the 2nd day of December, 2015.


BY: ___/KERRISA CHELKOWSKI/___
     KERRISA CHELKOWSKI

**IN THE UNI TED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CRIMINAL NO.  SA-14-CR-0790(1)-OLG** |
| **VS.** | § | |
| | § | |
| **MARK ANTHONY GRIMES** | § | |

**ORDER**

On this date came on to be considered Defendant MARK ANTHONY GRIMES

Motion for Continuance, and said Motion is hereby: GRANTED

Signed on this the _____ day of _____ , 2015.

_____
UNITED STATES DISTRICT JUDGE