PS 8
(Rev. 12/04)

**FILED**
FEB 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for
Western District Of Texas

U.S.A. vs. Mark Anthony Grimes

Docket No. [0542 5:14CR00790]-[001]-OLG

### Petition for Action on Conditions of Pretrial Release

COMES NOW Norma L Aranda Gray, pretrial services/probation officer, presenting an official report upon the conduct of defendant Mark Anthony Grimes, who was placed under pretrial release supervision by the Honorable Pamela Ann -Mathy, sitting in the court at San Antonio, Texas on the 7 date of October, 2014 under the following conditions:

> Please see Order Setting Conditions of Release and Appearance Bond dated October 7, 2014.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On December 28, 2015, the defendant advised his father purchased a computer for the home and is requesting permission to use it for limited purposes. The computer was forensically examined by Officer Gilbert Maldonado and the computer monitoring software installed and returned to the defendant's father on January 4, 2016.
>
> The defendant intends to use the computer and the internet for employment search, pay bills, take online courses, music sheets, and weather search. The defendant will also be required to utilize the computers at the Texas Workforce Commission to conduct job searches and submit his resume online.
>
> Assistant U.S. Attorney Tracy Thompson was advised of this modification and concurs with this course of action.

PRAYING THAT THE COURT WILL ORDER modification to Condition 7 (y): Participate in the computer restriction/monitoring program. Abide by all rules and requirements of the program which include:
1. Shall allow the use of computers at home and other locations as approved by Pretrial Services.
2. Shall allow the use of the internet as approved by Pretrial Services.
3. Shall require the installation of monitoring software on any computer the defendant has access to.
4. Shall require that the defendant permit the search of his vehicle, residence (to include, buildings or structures attached to or located at the residence address) and/or computer by the supervising officer or designated pretrial services personnel to assist in ensuring compliance with these conditions. Pretrial Services may employ the use of other technology to include WiFi detectors to ensure compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/17/2016

_____
U.S. Pretrial Services/Probation Officer

Place   Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636
San Antonio, TX 78206

ORDER OF COURT

Considered and ordered this __18__ day of __FEBRUARY, 2016__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge