

# 9627 Huebner Road Suite 100
# San Antonio, Texas 78240
# 210-690-3400
# 210-690-3407 Fax

## Facsimile Transmittal

| | | | |
|---|---|---|---|
| To: | **Sam** | Fax: | 210-226-7540 |
| From: | **Janette Gusme** | Date: | 5/5/2016 |
| Re: | **Mark Grimes 10/28/1977** | Pages: | |

☐ Urgent  ☐ For review  ☐ Please comment  ☐ Please  ☐ Please recycle

Mr. Mark Grimes is scheduled for his MRI on 8/9/2016 @ 12:15AM.

*****CONFIDENTIALITY NOTICE***** the images accompanying this delivery notice contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received these images in error, please notify the sender immediately to arrange for return of these documents.

Confidential