

9627 Huebner Rd. Ste#100
San Antonio, Texas  78240
Office (210) 690-3400
Fax (210) 690-3407

5/6/2016

To Whom It May Concern,

Mark Grimes is going to be seen at our office for a Cervical and Lumbar MRI on May 9, 2016 at 12:15pm. We appreciate your help in allowing Mark Grimes the time to come in for this scan. Unfortunately, scheduling conflicts sometimes make it necessary for a patient to miss time at school or work, so we try to minimize the interruption of the normal routine by scheduling far enough in advance to avoid recurrent absenteeism.

If you have any questions regarding this situation, please feel free to give us a call. Again, we thank you for your patience and understanding.

Sincerely,
ADI

American Dynamic Imaging
www.thenewmri.com