IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 5:14-cr-00790-OLG |
| | § |
| MARK ANTHONY GRIMES | § |

### ORDER

On this date came on to be considered Defendant Motion to Temporarily Modify Conditions of Pretrial Release, and said Motion is hereby: (GRANTED)   DENIED

Signed on this the __6__ day of __May__, 2016.

_____
UNITED STATES ~~DISTRICT~~ JUDGE


AUSA Tracy Thompson is Unopposed – reflected in Certificate of Conference
5/6/2016   Pretrial Services Officer Norma Aranda is Unopposed