# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.   § | Cr. No.:  SA:14-CR-00790(1)-OLG |
| § | |
| (1) MARK ANTHONY GRIMES § | |
| *Defendant* | |

## ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for REARRAIGNMENT AND PLEA, in the Courtroom A, 655 East Cesar E. Chavez Boulevard, SAN ANTONIO, Texas, on Thursday, June 02, 2016 at 2:00 PM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office and the U.S. Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he shall be present.

IT IS SO ORDERED on this 31st day of May, 2016.

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE