**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case Number: |
| vs. | § | SA:14-CR-00790(1)-OLG |
| | § | |
| (1) MARK ANTHONY GRIMES | § | |

**ORDER SETTING SENTENCING**

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING PROCEEDINGS** in Courtroom Number One, First floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, (formerly E. Durango Boulevard) San Antonio, Texas on September 8, 2016 at 9:30 a.m.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if defendant is on bond, advise defendant that he must be present at the sentence proceedings.

    **IT IS SO ORDERED** on **June 02, 2016.**

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE
