PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
Western District Of Texas

FILED
AUG 17 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Docket No.

U.S.A. vs. Mark Anthony Grimes

[0542 5:14CR00790]-[001]-OLG

## Petition for Action on Conditions of Pretrial Release

COMES NOW Norma L Aranda Gray, pretrial services/probation officer, presenting an official report upon the conduct of defendant Mark Anthony Grimes, who was placed under pretrial release supervision by the Honorable Pamela Ann -Mathy, sitting in the court at San Antonio, Texas on the 7 date of October, 2014 under the following conditions:

Please see Order Setting Conditions of Release and Appearance Bond dated October 7, 2014; Petition and Order to Modify Conditions of bond dated February 18, 2016.

U.S. Pretrial Services alleges the defendant violated the following conditions of bond and the rules and requirements of the Computer Restriction and Monitoring Program as follows:

Condition #7(y): Participate in the Computer Restriction Monitoring Program (CRMP). Abide by all rules and requirements of the program.

Additionally, the defendant's father and third party custodian, Woody Grimes, is alleged to have accessed sites that were pornographic in nature, in violation of the responsibilities as a third party custodian.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A routine review of IPPC Federal Weekly Reports (computer software monitoring company) for the period ranging from July 25, 2016 through August 7, 2016 revealed the defendant was not in compliance with his approved computer use curfew time; failed to log on and off the computer as instructed; and accessed entertainment, chat and social network sites which were not previously approved by Pretrial Services. Data obtained from IPPC website confirmed multiple users were logged in during the defendant's approved time period of 3:00PM - 7:00PM. Additionally, images of nude women and men engaging in lewd and lascivious conduct were found during this review period.

On August 12, 2016, the defendant reported to U.S. Pretrial Services Office accompanied by his parents to address the violation. The defendant admitted that he sometimes forgets to log on and off the computer but denied access to unapproved websites or viewing pornographic material. The defendant noted his father, Woody Grimes, uses the computer throughout the day and may have accessed the sites in question. The foregoing was addressed with Mr. Woody Grimes who admitted to using the computer during the defendant's approved time frame but stated he didn't know he wasn't suppose to. Mr. Grimes further admitted to viewing the inappropriate images of nude women and men but advised that he did not search pornographic sites. Mr. Grimes advised he understands now he should not have used the computer during the defendant's approved time and he should not have viewed inappropriate images as it contradicts his responsibility as third party custodian.

An administrative meeting was conducted with Supervisor Stacie Salinas, and the defendant's parents to address the third party custodian responsibilities. This meeting was to assess if the defendant's parents were still considered suitable custodians based on the circumstances of the violation, and the fact this is the second administrative meeting with similar concerns. The defendant's parents advised they take their responsibility seriously and are willing to assist the

> defendant remain compliant.
>
> The defendant and his parents agreed to remove the computer from the residence and will not access the internet through any other computer or connected devices to avoid any future problems. The defendant was admonished and advised any future violations may result in bond revocation.
>
> Assistant U.S. Attorney Tracy Thompson was advised of the violation and recommendation to modify the defendant's bond conditions to restrict all computer use and the removal of the computer from the home, and she concurs with this course of action.

PRAYING THAT THE COURT WILL ORDER Modification to Condition 7 (y): Participate in the computer restriction/monitoring program. Abide by all rules and requirements of the program which include:

1. The defendant will not be allowed the use of computers or connected devices at home, employment, or at any other location.
2. The defendant will remove all computers from the residence as directed by Pretrial Services
3. The defendant will not be allowed access to the internet through any computers, connected devices or through third parties.

Remaining conditions under Condition 7(y) remain unchanged.

ORDER OF COURT

Considered and ordered this __17__ day of __August__, __2016__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/16/2016__

_____
U.S. Pretrial Services/Probation Officer

Place   Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636
San Antonio, TX 78206