UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § | NO: SA:14-CR-00790(1)-OLG |
| (1) MARK ANTHONY GRIMES | § § § | |

### *O R D E R*

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for **Thursday, September 8, 2016**.  Upon consideration, the Court is of the opinion that the motion should be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing **(Doc. No. 50)** is GRANTED.

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Sentencing on Thursday, December 15, 2016 at 9:30 a.m.** in Courtroom Number 1, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard., San Antonio, Texas.

Signed this 6th day of September, 2016.

_____
ORLANDO L GARCIA
CHIEF U.S. DISTRICT JUDGE