IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. SA-14-CR-0790(1)-OLG |
| MARK ANTHONY GRIMES | § | |

**UNOPPOSED MOTION FOR 30-DAY CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes Defendant, MARK ANTHONY GRIMES, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Sentencing for MARK ANTHONY GRIMES is currently set for April 20, 2017.

II.

KERRISA CHELKOWSKI and SAM LOCK need additional time to confer with the Government and to review the Pre-Sentence Investigation Report (PSR). Further, Mark Grimes, defendant, had back surgery March 27, 2017 and the doctors ordered bed rest until April 11. His follow-up appointment is on April 27, 2017. Mark Grimes is requesting no more than a 30-day continuance in order to comply with these matters.

III.

Assistant United States Attorney Tracy Thompson is unopposed to said Motion. This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, MARK ANTHONY

GRIMES, respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

                                      Respectfully submitted,

                                      KERRISA CHELKOWSKI
                                      Law Office of Kerrisa Chelkowski
                                      1017 South Alamo
                                      San Antonio, TX 78210
                                      Office (210) 228-9393
                                      Fax (210) 226-7540

                                      BY: __/KERRISA CHELKOWSKI/_
                                            KERRISA CHELKOWSKI
                                            STATE BAR NO: 24034373

                                      SAM LOCK
                                      Law Office of Sam Lock
                                      1017 South Alamo
                                      San Antonio TX 78210
                                      Office (210) 228-9393
                                      Fax (210) 226-7540

                                      BY: ___/SAM LOCK/_____
                                            SAM LOCK
                                            STATE BAR NO: 24000470

                                      ATTORNEYS FOR DEFENDANT:
                                      MARK ANTHONY GRIMES

## CERTIFICATE OF SERVICE

     We do hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to the United State's Attorney's Office.

     SIGNED on this the 2nd day of September, 2016.

                                      BY: ___/KERRISA CHELKOWSKI/___
                                            KERRISA CHELKOWSK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CRIMINAL NO.  SA-14-CR-0790(1)-OLG |
| VS. § | |
| § | |
| MARK ANTHONY GRIMES § | |

## ORDER

On this date came on to be considered Defendant MARK ANTHONY GRIMES Motion for Continuance, and said Motion is hereby: GRANTED

Signed on this the _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE