# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:14-CR-00790(1)-OLG |
| § | |
| (1) MARK ANTHONY GRIMES § | |

## ORDER CANCELLING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **SENTENCING on Thursday, June 22, 2017 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 21st day of June, 2017.

_____
ORLANDO L GARCIA
CHIEF U.S. DISTRICT JUDGE