# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §  NO: SA:14-CR-00790(1)-OLG |
| | § |
| (1) MARK ANTHONY GRIMES | § |

## ORDER TO TRANSFER

The above-named and numbered case is transferred from the docket of the Honorable Chief United States District Judge Orlando L. Garcia to the docket of the Honorable Senior United States States District Judge David A. Ezra, both judges having consented to the transfer.

It is therefore ORDERED that the above-named and numbered case is hereby TRANSFERRED to the docket of the Honorable Senior United States District Judge David A. Ezra.  Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.  All Orders shall remain in effect unless otherwise ordered by Judge Ezra.

IT IS SO ORDERED.

SIGNED THIS 21st day of June, 2017.

_____
ORLANDO L GARCIA
CHIEF U.S. DISTRICT JUDGE