# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CRIMINAL NO. SA-14-CR-0790-DAE** |
| **MARK ANTHONY GRIMES,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Diana Cruz-Zapata is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Diana Cruz-Zapata be added to the docket in the instant cause.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By:  /s/_____
DIANA CRUZ-ZAPATA
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 05196800

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Kerrisa Chelkowski
Law Office of Kerrisa Chelkowski
1017 South Alamo
San Antonio TX, 78210
Email: kerrisa@defendetexas.com

Sam Howard Lock
Law Office of Sam H. Lock
1017 S. Alamo St.
San Antonio, TX 78210
Email: sam@locklawfirm.com

Attorneys for MARK ANTHONY GRIMES

/s/_____
DIANA CRUZ-ZAPATA
Assistant United States Attorney
Tel: (210) 384-7040