UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF TEXAS

**FILED**

NOV 1 6 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

MARK GRIMES

          Defendant-Appellant,


    vs.                              Crimina Case: 5:14-cr-790


UNITED STATES OF AMERICA
          Respondent-Appellees.
_____//


                    NOTICE OF APPEAL
@

    Comes Now, Defendant-Appellant, pro se, and does move this
court, pursuant to FRAP Rules 3 and 4, to GRANT/accept this
Notice of Appeal (from an Order granting an extension of time),
to allow/permit him to file a brief for a direct appeal to the
the Circuit Court (as transcriptions and or appointment of
counsel motions shall follow).



    Executed on this 19th day of November, 2017.

                              RESPECTFULLY,

                              _____



                    CERTIFICATE OF SERVICE

    I do hereby certify that I did send through the inmate legal
system, a true and correct Notice of Appeal, to the clerk of the
court, to the address listed below, on this 7th day of November,
2017, postage prepaid:
Clerk, U.S. District Court              _____
Western District of Texas
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard, Room G-65
San Antonio, TX 78206

                    [-2-]

Mark A. Grimes
43625380 Dallas Unit
Federal Medical Center
Po Box 15330
FT Worth TX 76119

⟨⟩43625-380⟨⟩

Clrek Us District Court Wdot
Clerk U.S. District Court
655 East Durango BLVD Room G-65
SAN Antonio, TX 78206
United States

Legal Mail

78206-110675

RECEIVED

NOV 16 2017

CLERK, U.S. DISTRICT CLE K
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

SCREENED BY CSO

NOV 16 2017

NORTH TEXAS TX PRDC
DALLAS TX 750
14 NOV 2017 PM 3 L

---

Mark A. Grimes
43625380 Dallas Unit
Federal Medical Center
Po Box 15330
FT Worth TX 76119

⟨⟩43625-380⟨⟩

Clrek Us District Court Wdot
Clerk U.S. District Court
655 East Durango BLVD Room G-65
SAN Antonio, TX 78206
United States

Legal Mail

78206-110675

RECEIVED

NOV 16 2017

CLERK, U.S. DISTRICT CLE K
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

SCREENED BY CSO

NOV 16 2017

NORTH TEXAS TX PRDC
DALLAS TX 750
14 NOV 2017 PM 3 L