November 22, 2017

Mark Grimes
Register #43625-380
FMC Ft. Worth
P.O. Box 15330
Fort Worth, Texas 76119-5996



FILED

NOV 3 0 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MARK GRIMES
    Defendant-Movant

vs.                                               Criminal Cs.#5:14-cr-790

UNITED STATES OF AMERICA                          DISTRICT JUDGE EZRA
    Plaintiff-Respondent.
_____//

MOTION FOR RELEVANT PORTIONS OF THE
TRANSCRIPTS (AT GOVERNMENT EXPENSE)

    COMES NOW, Movant, appearing pro se, and does move this district court's reporter, pursuant to FRAP Rule 10(b)(1), to GRANT him a full and complete copy of relevant portions of transcripts -at government expense [28 U.S.C. §753(f)]- in which to perfect his direct appeal.

    In support of this Movant, and moves for:
1). Judgment and Commitment and PSR excerpts highlighting Movant's health (at sentencing), financial status, restitution payment schedule, enhancements, base offense level, recommendations, and personal history.

2). Objections to PSR by counsel, if any; and, documents from doctors.

[-1-]

3). Plea hearing transcript, Plea Agreement, and Indictment of charges.

4). Sentencing transcript.

WHEREFORE, Movant prays for court reporter to provide and forward the above requested documentations without delay and at government cost to him.

Executed on this 22 day of November, 2017.

Respectfully submitted,

*[signature]*

## CERTIFICATE OF SERVICE

I do hereby certify that I did send a true and correct MOTION FOR RELEVANT PORTIONS OF THE TRANSCRIPTS (AT GOVERNMENT EXPENSE), to the court reporter, at the address listed below, postage prepaid, through inmate legal system mail procedures, on this 22 day of November, 2017:

Court Reporter
U.S. District Court
Western District of Texas
John H. Wood, Jr.
U.S. Courthouse
655 East Cesar E. Chavez Blvd.
San Antonio, TX 78206

*[signature]*

Envelope 1 (return address):
Mark A. Grimes
43625380 Dallas unit
Federal Medical Center
PoBox 15330
Ft Worth TX 76119

Postmark: NORTH TEXAS TX PFDC DALLAS TX 750, 27 NOV 2017 PM 5 L

Addressed to:
⇔43625-380⇔
John H Jr.
U. S. Courthouse
655 E Cesar E Chavez BLVD
Western District of Texas
SAN Antonio, TX 78206
United States

legal mail

78206-111499

Stamp: RECEIVED NOV 29 2017 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY ____ DEPUTY

---

Envelope 2 (return address):
Mark A. Grimes
43625380 Dallas unit
Federal Medical Center
PoBox 15330
Ft Worth TX 76119

Postmark: NORTH TEXAS TX PFDC DALLAS TX 750, 27 NOV 2017 PM 5 L

Addressed to:
⇔43625-380⇔
John H Jr.
U. S. Courthouse
655 E Cesar E Chavez BLVD
Western District of Texas
SAN Antonio, TX 78206
United States

legal mail

78206-111499

Stamp: RECEIVED NOV 29 2017 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY ____ DEPUTY