UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-14-CR-0790-DAE |
| ) | |
| MARK ANTHONY GRIMES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES OF AMERICA'S**
**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and makes this Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and in support thereof states the following:

**I.**

On June 2, 2016, Defendant MARK ANTHONY GRIMES entered a plea of guilty pursuant to a written Plea Agreement (Doc. 44) filed on May 31, 2016, to Count One of the Indictment (Doc. 3) returned against him, charging him with the violation of Title 18 U.S.C. § 2252A(a)(2).

**II.**

As part of his guilty plea, said Defendant agreed and stipulated that the factual basis within his written Plea Agreement (Doc. 44) was true and correct and further represented that the below listed Subject Personal Property was used to commit or promote the commission of the violation.

The United States moves the Court to find that the United States has established by a

preponderance of the evidence the nexus between the below listed Subject Personal Property and the violation in Count One:

- **Apple iMac desktop computer, Serial Number: C02M43PLF8J4,**

hereinafter referred to as the Subject Personal Property.

On June 30, 2017, a Judgment in a Criminal Case (Doc. 66) was entered by this Court and the Subject Personal Property was included. Accordingly, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture, which not only forfeits all right, title, and interest of Defendant MARK ANTHONY GRIMES in the Subject Personal Property, but also allows the United States to serve potential third parties.

### III.

The United States moves the Court, pursuant to Title 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), for an Order authorizing the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, to seize, take custody, control and possession of the Subject Personal Property, whether held by Defendant MARK ANTHONY GRIMES or a third party.

### IV.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A) and (C) and Title 21 U.S.C. § 853(n)(1), for an Order authorizing the United States to cause publication for at least 30 consecutive days on an official government internet web site (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture, and of its intent to dispose of the Subject Personal Property in such manner as the United States directs.

The United States of America further moves this Court for an Order authorizing that the

contents of the published notice be in compliance with Fed. R. Crim. P. 32.2(b)(6)(B).

## V.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6), for an Order authorizing the United States to send direct notice of the Preliminary Order of Forfeiture to any person or entity who reasonably appears to the United States to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding.

The United States of America further moves this Honorable Court that Appendix A[1] be served on potential petitioners along with the Preliminary Order of Forfeiture.

## VI.

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) and in an effort to promote judicial economy, the United States further moves the Court for an Order authorizing the United States to commence discovery proceedings at the time that any petitions are filed in order to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture.

---

[1] Appendix A, which is entitled "Direct Notice of Preliminary Order of Forfeiture," sets forth the appropriate procedures, deadlines and applicable statutes necessary to file a third-party petition.

                                                  Respectfully submitted,

                                                  JOHN F. BASH
                                                  United States Attorney

By:   /s/_____
        DIANA CRUZ-ZAPATA
        Assistant United States Attorney
        Chief, Asset Forfeiture Section
        601 N.W. Loop 410, Suite 600
        San Antonio, TX 78216
        Tel: (210) 384-7040
        Fax: (210) 384-7045
        Texas Bar No. 05196800

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System and Counsel of Record below will be notified via certified mail and regular mail:

Mark Anthony Grimes
43625380
Dallas Unit
PO Box 15330
Fort Worth, TX 76119
PRO SE

                                           /s/_____ DIANA CRUZ-ZAPATA
                                           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **CRIMINAL NO. SA-14-CR-0790-DAE** |
| | ) |
| **MARK ANTHONY GRIMES,** | ) |
| | ) |
| **Defendant.** | ) |

**DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE**

Notice is hereby given that in the case of *U.S. v. MARK ANTHONY GRIMES,* Criminal No. SA-14-CR-0790-DAE, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

- **1 Apple iMac desktop computer, Serial Number: C02M43PLF8J4.**

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. §§ 853(n)(1)-(3). The petition must be filed with the Clerk of the Court, 655 E. Cesar E. Chavez, Room G-65, San Antonio, Texas 78206, and a copy served upon Assistant United States Attorney Diana Cruz-Zapata, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described property within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.

**APPENDIX A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-14-CR-0790-DAE |
| ) | |
| MARK ANTHONY GRIMES, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the below described properties and the violation of Title 18 U.S.C. § 2252A(a)(2), by virtue of Defendant's written Plea Agreement with factual basis contained therein, and that the Defendant has an interest in said properties. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant MARK ANTHONY GRIMES in the certain properties, namely:

- **Apple iMac desktop computer, Serial Number: C02M43PLF8J4,**

hereinafter referred to as the Subject Personal Property be, and hereby is FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation,

shall seize, take custody, control, and possession of the Subject Personal Property whether held by the defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Personal Property in such manner as the United States directs.  The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Personal Property; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Personal Property the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45;

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2018.

                                                DAVID A. EZRA
                                                Senior United States District Judge