IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
JAN - 4 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

No. 17-51038

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MARK ANTHONY GRIMES, also known as Mark Grimes, also known as Mark A. Grimes,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas
5:14-CR-790-1-DAE

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 4, 2018, for want of prosecution. The appellant failed to timely comply with the Court's notice of 12/1/17.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

Certified as a true copy and issued
as the mandate on Jan 04, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT