**FILED**
JAN - 4 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 04, 2018

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

    No. 17-51038   USA v. Mark Grimes
                    USDC No. 5:14-CR-790-1-DAE

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Melissa Mattingly*

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc w/encl:
    Mr. Joseph H. Gay Jr.
    Mr. Mark Anthony Grimes