FILED

MAY 29 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-14-CR-0790-DAE |
| ) | |
| MARK ANTHONY GRIMES, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of the Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. §§ 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the below-described property and violation of Title 18 U.S.C. § 2252A(a)(2) by virtue of Defendant's Plea Agreement and the factual basis contained therein. The Court further finds that MARK ANTHONY GRIMES has an interest in the Subject Personal Property and does hereby GRANT said Motion. IT IS THEREFORE,

ORDERED that any and all right, title, and interest of Defendant MARK ANTHONY GRIMES in the below listed property, to wit:

- **Apple iMac desktop computer, Serial Number: C02M43PLF8J4,**

hereinafter referred to as the Subject Personal Property; be and hereby are forfeited to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of Sandra Ramirez in the Subject Personal Property be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Personal Property be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that the Federal Bureau of Investigation and United States Marshals Service, and/or their designated agent, shall dispose of the Subject Personal Property in accordance with law at such time when all appeals have been exhausted and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 74) entered on January 25, 2018, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this 29 day of May, 2019.

_____
DAVID A. EZRA
Senior United States District Judge