# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) CAUSE NO. SA-14-CR-790-DAE |
| | ) |
| **MARK ANTHONY GRIMES,** | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this request for an extension of time to respond to Movant's Motion for Compassionate Release pursuant to Title 18 U.S.C. § 3582(c)(1)(A)(1). The United States of America would respectfully show the Court as follows:

Defendant Grimes filed a pro se Motion to for Compassionate Release under the First Step Act on August 5, 2020. Counsel for the government has requested documents from the BOP facility where the Defendant is being housed related to his medical conditions and is respectfully seeking an additional thirty days to obtain the necessary information and to respond to the Motion.

Respectfully submitted,

JOHN F. BASH III
United States Attorney

By:        /s/
TRACY THOMPSON
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7150
Fax: (210) 384-7135

**2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants, and a copy was mailed to the Defendant at:

Mark Anthony Grimes- 43625-380
FMC Forth Worth
PO Box 15330
Fort Worth, Texas 76119-0330

                                                              /s/
                                          TRACY THOMPSON
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) CAUSE NO. SA-14-CR-790 DAE |
| | ) |
| **MARK ANTHONY GRIMES,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

On this date came on to be considered Government's Motion for Extension of Time.

After careful consideration, it is determined by the Court that the Motion shall be Granted.

SIGNED this ____ day of _____, 2020.

_____
THE HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE