Warden E. Wilson
FMC Fort Worth

Mark Anthony Grimes Reg # 43625380
6007 Timberrock Dr
San Antonio Tx 78242

RECEIVED
MAY 0 7 2020
FMC FORT WORTH
WARDEN'S OFFICE

Sir I Mark A. Grimes Am Requesting An Emergency Compassionate Release under Program Statement 50,50.50 Due to and in response to My Medical Condition And The Covid 19 Pandemic That is on the Fort Worth Compound And has infected over 80 inmates and 1 confirmed death.

I currently suffer from the following conditions; Asthma and prior hypertention.
I also Take the following medications Asmanex, Twisthaler and Oxcarbasapane.

My Release plan is as follows — My home Address is much Safer with only me and my two parents at 6007 Timberrock Dr San Antonio Tp 78242. My financial support will be from them as I am on disability. My Two Drs Are Dr McManis and Dr Alvarado. I do own My own Vinicle or My parents can take me where I need to go to. If my pr allows I can find Temp. work at Any time.

I was convicted on 6/17/2017 And my Release Date is 1-22-30 and I qualify for the First Stept Act.

Thank you for your Time and consideration.

Government A SA-14-CR-790 DAE