```
 HOUBG  531.01 *              INMATE HISTORY              *    08-24-2020
PAGE 001 OF 001 *              PSYCH TRMT                 *    15:04:37

 REG NO..: 43625-380 NAME....: GRIMES, MARK ANTHONY
 CATEGORY: PTP       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
FTW    SOM NR W   SEX OFF TRMT NON-RES WAIT   09-07-2017 1533 CURRENT




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Government
C
SA-14-CR-790 DAE