**U.S. Department of Justice**
United States Marshals Service

RECEIVED
USMS W/TX

SEP 0 3 2020

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
October 22, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ MFO
DEPUTY

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA    SAN ANTONIO | COURT CASE NUMBER: SA-14-CR-0790-DAE |
| DEFENDANT: MARK ANTHONY GRIMES | TYPE OF PROCESS: Final Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
(USMS) Apple iMac
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
San Antonio, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
ANTONIO FRANCO, JR., AUSA
UNITED STATES ATTORNEY'S
OFFICE 601 N.W. LOOP 410, STE. 600
SAN ANTONIO, TEXAS 78216

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Forfeiture has concluded. Please dispose of property according to law and final order.
(18-FBI-001474) Apple iMac desktop computer

Signature of Attorney other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 210-384-7040
DATE: 09/03/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 80
District to Serve No.: 80
Signature of Authorized USMS Deputy or Clerk: C. Astorino
Date: 9-3-20

Date: 10-16-2020  Time: 10:45 ☑ am

Service Fee: 65.00
Total Charges: 65.00

REMARKS:

disposed - 10-13-20

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE